# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

LINDA ELSEN,

                **Plaintiff,**

vs.                                           **Case No.: 19-cv-259-jdp**

ANDREW SAUL,
      **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

    ***Notice is hereby given*** that Linda Elsen, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated December 13, 2019 and the judgment dated December 16, 2019 by Federal District Judge James Peterson which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 24th day of January, 2020.

                                **DUNCAN DISABILITY LAW, S.C.**
                                Attorneys for the Plaintiff

                                /s/ Dana W. Duncan
                                _____
                                Dana W. Duncan
                                State Bar I.D. No. 01008917
                                555 Birch St
                                Nekoosa, WI 54457
                                (715) 423-4000